United States District Court
Northern District of California

# Document Locator

**FILED**

AUG 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Case Number: ____08-3961 MMC____

Date Filed: ____8/19/08____

Document Type:

Reporter's Transcript: _____

Trial Exhibits: _____

Lodged Documents: _____

Sealed Documents: _____

Other: ____Exhibits (2)____
____Cassette Tapes____

Location:

Expando File: ____X____
(located next to file)

Overflow Shelf: _____

Vault: _____

Other: _____

Document Number: ____#2____