FILED

08 AUG 29 PM 12: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re ROBERT J. ALEXANDER III
ON HABEAS CORPUS
                    Plaintiff,

vs.

                    Defendant.

CASE NO. C08-3961 MMC

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Robert Alexander, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _American Automotive Association (AAA)_
5  _Emergency Road Side Assistance_
6  _Oakland Auto Guardian_
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or            Yes ___ No _X_
10          self employment
11     b.   Income from stocks, bonds,         Yes ___ No _X_
12          or royalties?
13     c.   Rent payments?                     Yes ___ No _X_
14     d.   Pensions, annuities, or            Yes ___ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes ___ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.   Are you married?                      Yes _X_ No ___
24  Spouse's Full Name: _Sevon Atras_
25  Spouse's Place of Employment: _APPLEBEES Resturant_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _minimum wage_ Net $ _Maternity leave_
28  4.   a.   List amount you contribute to your spouse's support: $ _N/A_

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _30,000. to ValleyCare Hospital: Pleasanton, CA._
4  _Emergency hand Surgery, No inSurance_
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes _X_  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _CV08-2987 MMC: U.S District Court, Northern District_
10  _CV08-2727 MMC. U.S. District Court of California_
11  I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  _8-22-08_                                   _[signature]_
17  DATE                                          SIGNATURE OF APPLICANT

```
 1
 2                                              Case Number: C08-3961/MMC
 3                                     )
 4
 5
 6
 7
 8                         CERTIFICATE OF FUNDS
 9                                  IN
10                         PRISONER'S ACCOUNT
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of  AYC-552 Alexander  for the last six months
                                      [prisoner name] AKA Samuel
14   Santa Rita Jail ALA.   where (s)he is confined.
         [name of institution] County
15         I further certify that the average deposits each month to this prisoner's account for the
    3-26-08 arrest date
16  most recent 6-month period were $_____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                          _____
                                              [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

- 5 -

# S09B14

```
                                                              8/22/2008
                                                              6:36:26 AM
                          CANTEEN CORPORATION
                        SANTA RITA JAIL (FRIDAY)
                               Pick List
      Name: ROBERT SAMUEL
 Inv. Date: 08/22/2008                           Invoice: 5378551
        Id: AYC552         Module: S09B14        Serial #: 000626
================================================================================
    Qty   Item                          Code #        Price         Amount
================================================================================
     2    9X12 ENVELOPE                   6105        $0.65          $1.30
          2
     1    DIAL SOAP 3.5OZ                 8106        $1.13          $1.13
          1
    --------------------------------------------------------------------------
     3
              Previous Balance:         $3.24    Base Sale:         $2.43
              New Balance:              $0.61    Debitek:           $0.00
                                                 Tax:               $0.20
                                                 Total:             $2.63
    --------------------------------------------------------------------------
 Signature:  _____
 WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

 Error Transactions:
================================================================================
    Qty   Item                          Code #   Reason
================================================================================
     1    DANDRUFF SHAMPOO 4OZ            8109    Insufficient Funds
     1    GREETING CARD,LOVE              6119    Insufficient Funds
     1    FRENCH VANILLA 3OZ              2141    Insufficient Funds
     5    RAMEN CHILI 3OZ                 4415    Insufficient Funds
     1    PEACH DRINK 6OZ                 2121    Insufficient Funds
     2    SPICY TORTILLA CHIP             3109    Insufficient Funds
     2    CHILI CORN CHIPS                3112    Insufficient Funds
     1    HONEY BUNS 6.OZ                 4122    Insufficient Funds
     1    COFFEE 3OZ                      2104    Insufficient Funds
     2    HOT CHEESE CRUNCHIES            3115    Insufficient Funds
     3    BEEF SALAMI 5OZ                 4135    Insufficient Funds
     3    SWISS ROLLS                     4142    Insufficient Funds
```

CORRECT FORM

**FILED**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

✓ Your petition has been filed as civil case number  C08 -3961 MMC  .

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1.  ✓  you did not file an In Forma Pauperis Application.

2.  ____  the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____L_____
    Deputy Clerk

rev. 11/07

ALEXANDER

I declare under Penalty of Perjury, that I am Robert Joseph Alexander II. I am in fact the Petitioner in the Civil/Federal Writ of Habeas Corpus filed August 21, 2008. Case Number CV 08 3961 MMC (PR). In the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. On August 22, 2008. I recieved deficient notice because I did not pay a filing fee and: I did not file an In Forma Pauperis Application. Currently I am housed in a mental-health/Administrative Segregation building at Alameda County Sheriff's Department: Santa Rita Jail. Since there is no longer access to a law library, or other Pro-per legal supplies here. Inmates can only request certain information to be sent trough the mail. I have been rehoused in this mental/Ad-Seg building after making several attempts to have a court order from U.S. District Judge Maxine M. Chesney in regards to Deputy's processing my In Forma Pauperis Application, honored. Due to that, I filed a Civil Action against ALA County Sheriff's Dept. After inquiring further I have found that the Deputy's are reluctant to sign deal with legal concerns. One can't even get a CDC 602 from a deputy. Or a grievance form unless they first know why you want a grievance. Then if they choose to. They may be inclined Most Deputy's I've come accross don't even have basic training in signing & logging out-going legal mail. I have asked two different deputys on two different shifts to please certify the average deposits of my prisoner account. Also for an update trust account statement. Although they say that they will get back with me or they'll check it out. They never produce. Deputy Williams I believe is the name of one. She's a female who worked on 8-24-08, and Deputy Woodridge is the other Deputy. Being in Ad-Seg one doesn't have much interaction with dept. Pressing the emergency button doesn't even get a response. With this Declaration I encourage the court to verify my attempts. As well as allow my I.F.P. Application to be processed. Thank you. Can I Please have a copy of Peti

Respectfully Submitted,

August 24, 2008    Robert J. Alexander II
                   PoFoFL C.C.C.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.  Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.  Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

Mr. R.J. Alexander III
B-07071 AYC-332
Pro-Per 9B-14 Ad-seg
5325 Broder Bl.
Dublin, CA. 94568

— Pro-Per —
— LEGAL MAIL —

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680



OAKLAND CA
AUG 27 2008 PM

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

S. VINUBUN
#1914

PRO-PER CONFIDENTIAL - LEGAL MAIL -